FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# CHARGES AND PENALTIES

Oct 21, 2020

SEAN F. McAVOY, CLERK

CASE NAME: LANCE HORNTVEDT          CASE NO. 4:20-CR-6029-SAB-1

TOTAL # OF COUNTS: 2     1 FELONY    1 MISDEMEANOR    ____ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Provide Prohibited Objects to an Inmate of a Prison | CAG: up to 5 years<br>Fine: up to $250,000<br>SR: up to 3 years<br>Special Assessment: $100 |
| 5 | 18 U.S.C. § 1791(a)(2), (b)(4), (c) | Inmate in Possession of a Prohibited Object | CAG: up to 1 year;<br>Fine: up to $100,000<br>SR: 1 year;<br>Special Assessment: $25<br>Penalties consecutive to sentence being served at time of offense |

Page 1 of