FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. McAVOY, CLERK

William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:20-CR-6029-SAB-1 |
| Plaintiff, | Motion To Seal Indictment |
| v. | |
| LANCE HORNTVEDT, | |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Indictment until further order of the Court or until Defendant's arrest, whichever comes first.

Dated: October 20, 2020

William D. Hyslop
United States Attorney

*Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 1