William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LANCE HORNTVEDT,<br>▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇▇▇▇▇▇<br><br>　　　　　　　Defendants. | 4:20-CR-6029-SAB-1<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 371<br>Conspiracy to Provide Prohibited Objects to an Inmate of a Prison<br>(Count 1)<br><br>18 U.S.C. § 1791(a)(1), (b)(1), (b)(2), (b)(3), (b)(4), (c)<br>Attempt to Provide Prohibited Objects to an Inmate of a Prison<br>(Count 2)<br><br>18 U.S.C. § 1791(a)(2), (b)(1), (c)<br>Inmate in Possession of a Prohibited Object<br>(Count 3)<br><br>18 U.S.C. § 1791(a)(1), (b)(4)<br>Providing a Prohibited Object to an Inmate of a Prison<br>(Count 4, 6)<br><br>18 U.S.C. § 1791(a)(2), (b)(4), (c)<br>Inmate in Possession of a Prohibited Object<br>(Count 5, 9) |

INDICTMENT – 1

18 U.S.C. § 1791(a)(2), (b)(3), (c)
Inmate in Possession of a
Prohibited Object
(Count 7, 8)

The Grand Jury charges:

## GENERAL ALLEGATIONS

1. At all times relevant to this Indictment, the Benton County Jail was a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General. The Benton County Jail is located in the Eastern District of Washington in Benton County, Washington.

2. At all time relevant to this Indictment, Defendant ▇▇▇▇▇▇▇ was a Benton County Jail Corrections Officer.

3. At all times relevant to this Indictment, inmates of the Benton County Jail were prohibited from possessing and using cellular telephones and controlled substances, including: methamphetamine, heroin, buprenorphine (Suboxone), and marijuana.

4. At all times relevant to this Indictment, Defendants LANCE HORNTVEDT, ▇▇▇▇▇▇▇ were inmates of the Benton County Jail.

5. At all times relevant to this Indictment, Defendants ▇▇▇▇▇▇▇ were not inmates of the Benton County Jail and were not otherwise in custody.

6. The object of the conspiracy was for the Defendants to introduce cellular telephones and controlled substances, including: methamphetamine, heroin, buprenorphine (Suboxone), and marijuana into the Benton County Jail.

7. Beginning on a date unknown, but by December 2019, and continuing until on or about April 21, 2020, in furtherance of the conspiracy and to effect the

INDICTMENT – 2

objects thereof, Defendant LANCE HORNTVEDT utilized cellular telephones, jail communications and text applications to facilitate, communicate, instruct, direct, and order Defendants ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to provide Defendant ▓▓▓▓▓▓▓▓▓▓ with cellular telephones and controlled substances, to wit, methamphetamine, heroin, buprenorphine (Suboxone), and marijuana.  Defendant ▓▓▓▓▓▓▓▓▓▓ in turn provided the cellular telephones and controlled substances, to wit, methamphetamine, heroin, buprenorphine (Suboxone), and marijuana, to Defendant LANCE HORNTVEDT in the Benton County Jail.  Defendant LANCE HORNTVEDT then further distributed the cellular telephones and controlled substances, to wit, methamphetamine, heroin, buprenorphine (Suboxone), and marijuana, to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Defendant LANCE HORNTVEDT also retained and used some of the cellular telephones and controlled substances, to wit, methamphetamine, heroin, buprenorphine (Suboxone), and marijuana, for his own use.

## COUNT 1

8.     The Grand Jury repeats and realleges Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

9.     Beginning on a date unknown, but by December 2019, and continuing until on or about April 21, 2020, in the Eastern District of Washington, the Defendants, LANCE HORNTVEDT, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown, to commit the following offense against the United States to wit: possessing and providing prohibited objects as defined by 18 U.S.C. § 1791(d)(1), (A), (B), (C) and (F) to inmates at the Benton County Jail, a facility

INDICTMENT – 3

in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, to wit: controlled substances, including: methamphetamine, heroin, buprenorphine (Suboxone), marijuana and cellular telephones, in violation of 18 U.S.C. § 1791(a)(1), (a)(2), (b)(1), (b)(2) (b)(3), (b)(4) and (c), all in violation of 18 U.S.C. § 371.

### Object of the Conspiracy

10.     The Grand Jury repeats and realleges Paragraph 6 of this Indictment as if fully set forth herein.

### Manner and Means

11.     The Grand Jury repeats and realleges Paragraph 7 of this Indictment as if fully set forth herein.

### Overt Acts

12.     In furtherance of said conspiracy and to effect the object thereof, the Defendants and their co-conspirators committed the acts set forth in Count 2 through Count 9 as set forth below.

13.     All of which is in violation of U.S.C. § 18 U.S.C. § 371.

### COUNT 2

14.     Beginning on a date unknown, but by December 8, 2019, and continuing until on or about April 21, 2020, the Defendants, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ attempted to provide prohibited objects defined by 18 U.S.C. § 1791(d)(1)(A), (B), (C), (F), to wit: controlled substances, including: methamphetamine, heroin, buprenorphine (Suboxone), marijuana and cellular phones, to an inmate at the Benton County Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, in violation of 18 U.S.C. § 1791(a)(1), (b)(1), (b)(2), (b)(3), (b)(4) and (c).

INDICTMENT – 4

COUNT 3

15. On or about January 29, 2020, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇ an inmate of Benton County Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed and attempted to possess a prohibited object, to wit a narcotic drug, methamphetamine, as defined by 18 U.S.C. § 1791(d)(1)(C), in violation of 18 U.S.C. § 1791(a)(2), (b)(1) and (c).

COUNT 4

16. On or between December 12, 2019 and February 2, 2020, in the Eastern District of Washington, the Defendants, ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇, provided a prohibited object, to wit a cellular telephone as defined by 18 U.S.C. § 1791(d)(1)(F) further described as a black LG smart phone model number, LML212VL, International Mobile Equipment Identity (IMEI) number as 355987109283621, Serial number: 911VTYK1931362, to LANCE HORNTVEDT, an inmate at the Benton County Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, in violation of 18 U.S.C. § 1791(a)(1) and (b)(4).

COUNT 5

17. On or about February 2, 2020, in the Eastern District of Washington, the Defendant, LANCE HORNTVEDT, an inmate of Benton County Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General possessed or attempted to possess a prohibited object, to wit a cellular telephone as defined by 18 U.S.C. § 1791(d)(1)(F) further described as a black LG smart phone model number, LML212VL, International Mobile Equipment Identity (IMEI) number as 355987109283621, Serial number: 911VTYK1931362, in violation of 18 U.S.C. § 1791(a)(2), (b)(4) and (c).

INDICTMENT – 5

COUNT 6

18. On or between February 24, 2020 and April 21, 2020, in the Eastern District of Washington, the Defendants, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ provided a prohibited object, to wit a cellular telephone as defined by 18 U.S.C. § 1791(d)(1)(F) further described as a black LG cellular phone bearing IMEI:353566111505544, to ▓▓▓▓▓▓▓▓▓▓▓▓, an inmate at the Benton County Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, in violation of 18 U.S.C. § 1791(a)(1) and (b)(4).

COUNT 7

19. On or about February 28, 2020, in the Eastern District of Washington, the Defendant, ▓▓▓▓▓▓▓▓▓▓▓▓ an inmate of Benton County Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General possessed and attempted to possess a prohibited object, to wit, marijuana as defined by 18 U.S.C. § 1791(d)(1)(B), in violation of 18 U.S.C. § 1791(a)(2), (b)(3) and (c).

COUNT 8

20. On or about February 28, 2020, in the Eastern District of Washington, the Defendant, ▓▓▓▓▓▓▓▓▓▓▓▓, an inmate of Benton County Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General possessed a prohibited object, to wit, buprenorphine (Suboxone) as defined by 18 U.S.C. § 1791(d)(1)(B), in violation of 18 U.S.C. § 1791(a)(2), (b)(3) and (c).

COUNT 9

21. On or about April 21, 2020, in the Eastern District of Washington, the Defendant, ▓▓▓▓▓▓▓▓▓▓▓▓, an inmate of Benton County Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and

INDICTMENT – 6

agreement with the Attorney General possessed and attempted to possess a prohibited object, to wit a cellular telephone as defined by 18 U.S.C. § 1791(d)(1)(F) further described as a black LG cellular phone bearing IMEI: 353566111505544, in violation of 18 U.S.C. § 1791(a)(2), (b)(4) and (c).

DATED this ___day of October 2020.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 7